1815.

DENTON
v.
JACKSON.

*Sept.* 27th.     DENTON AND OTHERS *against* JACKSON AND OTHERS.

> After publication passed, and the cause set down for hearing, the deposition of a witness was allowed to be amended, on examination of the witness by the court, he being aged and very deaf, and a mistake made in taking down his testimony by the examiner.

MOTION to expunge some part of the deposition of one of the witnesses, examined on the part of the plaintiff, on a certificate of the examiner, that the witness applied to him, a short time before publication was passed, alleging a mistake in taking down his testimony. The examiner, also, certified that the witness was very deaf. The cause was set down for hearing: and the motion now was, that the witness, who was in court, and appeared to be aged, should be examined *ore tenus* by the court.

*Riggs*, in support of the motion, cited 2 *P. Wms.* 646. *Dickens' Rep.* 677.

*Hoffman,* contra, objected to any alteration of the original deposition, and urged that the correction, or explanation, should be made in a supplemental affidavit.

THE CHANCELLOR. Applications of this kind must rest in discretion, and great caution is requisite to prevent abuse. The mistake suggested might easily happen from the age and great deafness of the witness. If the mistake exists, the deposition ought to be corrected, otherwise the witness would appear to contradict himself; and the cases cited appear to support this course of proceeding.

The motion must be granted.

The witness was, thereupon, sworn in court, and examined, and his deposition amended.